

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE: FRANK ENRIQUEZ, INDIVDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CHRISTINE RAMIREZ, AND FOR ALL WRONGFUL DEATH BENEFICIARIES, | § | No. 08-23-00008-CV |
| | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |
| Relator. | § | |

## **O R D E R**

Relator has filed a motion for emergency relief under TRAP Rule 52.10. We grant the motion. All proceedings in the trial court are vacated pending resolution of this mandamus action or further order of this Court.

Furthermore, the Court requests a response to the Petition for Writ of Mandamus from the Real Parties in Interest on or before February 17, 2023.

IT IS SO ORDERED this 18th day of January, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox and Soto, JJ.